**Order issued December 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-13-00244-CR
_____

**REGINALD FITZGERALD BROWN, Appellant**

### V.

### THE STATE OF TEXAS, Appellee

## O R D E R

Before Justices FitzGerald, Lang, and Fillmore

Based on the Court's opinion of this date, we **GRANT** the September 5, 2013 motion of Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Reginald Fitzgerald Brown, TDCJ No. 1840420, Terrell Unit, 1300 FM 655, Rosharon, Texas, 77583.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE